LAWRENCE G. BROWN
Acting United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:09-mc-0033 FCD DAD |
|---|---|
| Plaintiff, | 1:03-CV-3443 (D.N.J.) |
| | 1:03-CR-354-03 (D.N.J.) |
| v. | |
| REGINALD WOOTEN (a/k/a Lord Noble, R. Asanti, Ali), | **ORDER TO EXPUNGE FALSE UCC FILINGS** |
| Defendant. | |

The United States of America, plaintiff in the above actions in the United States District Court for the District of New Jersey, has applied under Fed. R. Civ. P. 70 for this court to enforce two injunctive orders of that court (reproduced in Exhibits 1-2 hereto) by appointing and ordering the California Secretary of State to expunge three UCC filings by the defendant, Reginald Wooten (a/k/a Lord Noble, R. Asanti, Ali). The court has examined the New Jersey orders and other papers and finds that the order should issue.

Accordingly, it is hereby ORDERED that the California Secretary of State is APPOINTED to expunge and SHALL EXPUNGE the following from her records:

/////

/////

1. Document # 15084240002, File # 07-7098296523, filed January 4, 2007;
2. Document # 15084240002, File # 07-7101539679, filed February 1, 2007; and
3. Document # 15084240002, File # 07-7101539790, filed February 1, 2007.

It is SO ORDERED.

DATED: April 15, 2009.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/wooten0033.ord