1 LAWRENCE G. BROWN
2 United States Attorney
YOSHINORI H. T. HIMEL #66194
3 Assistant U. S. Attorney
501 I Street, Suite 10-100
4 Sacramento, California 95814
Telephone: (916) 554-2760
5
6 Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:09-mc-00033-FCD-DAD |
|---|---|
| Plaintiff, | 1:03-CV-3443 (D.N.J.)<br>1:03-CR-354-03 (D.N.J.) |
| v. | |
| REGINALD WOOTEN (a/k/a Lord Noble, R. Asanti, Ali), | **AMENDED ORDER TO EXPUNGE FALSE UCC FILINGS** |
| Defendant. | |

On the motion of the United States of America, plaintiff in the above actions in the United States District Court for the District of New Jersey, under Fed. R. Civ. P. 70, it is hereby ORDERED that the following UCC Financing Statements, Amendments or Addendums are null, void, and of no legal effect:

1. Document # 15084240002, File # 07-7098296523, filed January 4, 2007;
2. Document # 15084240002, File # 07-7101539679, filed February 1, 2007; and
3. Document # 15084240002, File # 07-7101539790, filed February 1, 2007.

/////

/////

/////

ORDER TO EXPUNGE FALSE UCC FILINGS                                                                                  Page 1

1 | The Secretary of the State of California is directed to expunge the above UCC
2 | Financing Statements, Amendments or Addendums from her files.
3 | It is SO ORDERED.
4 | DATED: August 13, 2009.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

9 | Ddad1/orders.civil/wooten0033.ord.expunge

ORDER TO EXPUNGE FALSE UCC FILINGS                                    Page 2